

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-19-00834-CV

**IN THE MATTER OF R.I.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

The Appellant's Motion for 14 Day Extension for Appellant's Reply Brief to State's Responsive Brief is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court